FILED
GREGG COUNTY, TEXAS

MAR 31 2015

4:10 O'CLOCK M
BARBARA DUNCAN, DISTRICT CLERK
BY DEPUTY

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/1/2015 9:06:02 AM
DEBBIE AUTREY
Clerk

**CAUSE NO. 43827-B**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **OF GREGG COUNTY, TEXAS** |
| | § | |
| **TASARIRISHE ALEX** | § | **124TH JUDICIAL DISTRICT** |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Today, this March 31st, 2015, the Defendant, Tasaririshe Alex, gives Notice of Appeal of her conviction and sentence in the above-styled cause.

The Defendant also asks the court to set bail.


_____
Defendant


Respectfully submitted,


_____
Jeff T. Jackson
State Bar No. 24069976
736-A Hwy. 259 N.
Kilgore, TX 75662
Phone: (903) 654-3362
Fax:    (817) 887-4333
Email: jefftjacksonlaw@gmail.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that I have hand-delivered a true and correct copy of the foregoing Motion to the Gregg County District Attorney's office at the address of such parties shown by the pleadings herein on this 31st day of March, 2015.

Respectfully submitted,

Jeff T. Jackson
Texas Bar No. 24069976
Attorney for Defendant